UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Carlon Melogro Menifee**

    v.                                  Case No. **17-cv-00346-JL**

**FCI Berlin, Warden**

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 22, 2018 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Joseph N. Laplante
Chief Judge

Date: August 30, 2018

Cc: Carlon Melogro Menifee, pro se
    Seth R. Aframe, AUSA